# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| ROBERT PASTERS, | ) |
| | ) |
| Plaintiff, | ) Case No.: 5:16-cv-00810-SL |
| | ) |
| v. | ) |
| | ) |
| BLUESTEM BRANDS, INC. d/b/a FINGERHUT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Erin L. Hoffman*
Erin L. Hoffman, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
*erin.hoffman@faegrebd.com*
Attorney for the Defendant

Date: March 15, 2017

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Benncoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

Date: March 15, 2017

IT IS SO ORDERED.

Dated: March 15, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**